JAMES RUNKEL et al., Respondents, v. TINNIE V. HOMELSKY et al., Respondents, and CITY OF NEW YORK, Appellant.—

**1102**

Present — MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ.